UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 18-32371 |
|---|---|---|
| CARINA WEGRZYN, | ) ) ) | Chapter: 7 |
| | ) | Honorable Pamela S. Hollis |
| | ) ) | Joliet |
| Debtor(s) | ) | |

## ORDER APPROVING EMPLOYMENT OF COUNSEL

THIS MATTER COMING ON TO BE HEARD upon TRUSTEE'S MOTION TO EMPLOY COUNSEL (the "Motion"), due and proper notice having been given to all parties entitled to receive notice, the Court having jurisdiction over this core proceeding, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED:

1. The Motion is granted; Trustee is hereby authorized to employ Zane L. Zielinski and the Law Office of Zane Zielinski P.C., retroactive to April 29, 2019, to serve as his legal counsel on a general retainer with fees subject to further Order of Court.

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated: May 17, 2019

**Prepared by:**

Daniel J. Nickel, Of Counsel
Law Office of Zane Zielinski, P.C.
6336 North Cicero Av., Suite 201
Chicago, Illinois 60646
ph: 773-877-3191 / 773-981-4725
Email: daniel@nickellawoffice.com