UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   18-32371 |
| | ) | |
| CARINA WEGRZYN, | ) | Chapter: 7 |
| | ) | |
| | ) | Honorable Pamela S. Hollis |
| | ) | |
| | ) | Joliet |
| Debtor(s) | ) | |

## ORDER APPROVING EMPLOYMENT OF REAL ESTATE BROKER

THIS MATTER COMING ON TO BE HEARD upon TRUSTEE'S APPLICATION TO EMPLOY A  REAL ESTATE BROKER, PAUL BUTLER and BK GLOBAL REAL ESTATE SERVICES, in connection with the sale of the Real Estate located at 4909 W. 109th Street, Apt 202, Oak Lawn, IL 60453, due and proper notice having been given to all parties entitled to receive notice, the Court having jurisdiction over this core proceeding, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED:

1.   The Application is granted; The Trustee is hereby authorized to employ PAUL BUTLER and BK GLOBAL REAL ESTATE SERVICES, to serve as his real estate broker, retroactive to April 15, 2019, in connection with the sale of the Real Estate located at 4909 W. 109th Street, Apt 202, Oak Lawn, Illinois, with compensation subject to further Order of Court.

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated:  May 24, 2019

**Prepared by:**

Daniel J. Nickel, Of Counsel
Law Office of Zane Zielinski, P.C.
6336 North Cicero Av., Suite 201
Chicago, Illinois 60646
ph: 773-877-3191
Email:  trustee@zanezielinski.com
Email:  daniel@nickellawoffice.com