UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.:   18-32371 |
| Carina Wegrzyn | ) | |
| | ) | Chapter:  7 |
| | ) | Honorable Pamela S. Hollis |
| | ) | |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER TERMINATING THE AUTOMATIC STAY

THIS CAUSE COMING TO BE HEARD on the Motion of  MTGLQ Investors, LP a secured creditor herein, for relief from the automatic stay, the Court having jurisdiction over the parties and the subject matter and due notice having been given; and the Court finding that the mortgage held by said creditor is in default and that the security interest of said creditor is not adequately protected:

WHEREFORE, IT IS HEREBY ORDERED:

(1) Pursuant to 11 U.S.C. §362(d), that Movant, its principals, agents, successors and/or assigns is granted relief from the automatic stay provisions of 11 U.S.C. §362(a) by modifying said stay to permit them to pursue their state court remedies as to the property commonly known as 4909 W 109th Street, Oak Lawn, IL 60453.

(2) Rule 4001(a)(3) is not applicable and Movant may immediately enforce and implement this order granting relief from the automatic stay;

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated:  September 06, 2019

**Prepared by:**

/S/ Jack N. Zaharopoulos
Randall S. Miller & Associates, LLC
120 N. LaSalle St., Ste. 1140
Chicago, IL 60602
(P) 312.239.3432
(F) 312.284.4820